UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VILMA REYES, PATRICIA MARTINEZ, RAMON BREA and BORYS PEREZ, on behalf of themselves and all other employees similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SJ SERVICES, INC., SHAWN SHEA, and DAVID SHEA,<br><br>        Defendants. | C.A. No. 1:12-cv-11715-DPW |

**ASSENTED TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Attorney Indira Talwani respectfully seeks leave to withdraw as counsel for Amicus Curiae SEIU Local 32BJ, District 615 ("District 615") in the above-captioned matter. In accordance with Local Rule 83.5.2, Ms. Talwani states that: she has given District 615 notice of her withdrawal, and although various motions including District 615's motion for leave to file a brief amicus curiae are pending and hearing has been set for November 6, 2013, the withdrawal will cause no delays as District 615 continues to be represented in this matter by James A.W. Shaw of Segal Roitman, LLP. All counsel have assented to this motion.

                                              Respectfully submitted,

                                              /s/ Indira Talwani
                                              Indira Talwani, Esq., BBO # 645577
                                              **SEGAL ROITMAN, LLP**
                                              111 Devonshire Street, 5th Floor
                                              Boston, MA 02109
                                              Telephone:  617-742-0208
                                              Facsimile:  617-742-2187
                                              italwani@segalroitman.com

October 15, 2013

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1

I, Indira Talwani, hereby certify that, prior to filing the Motion to Withdraw as Counsel, I contacted counsel for Plaintiffs and for Defendants by e-mail, and have received each counsel's assent to this motion.

/s/ Indira Talwani

## CERTIFICATE OF SERVICE

I, Indira Talwani, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2013.

/s/ Indira Talwani